# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIE GONZALEZ<br><br>　　　　Plaintiff,<br><br>v.<br><br>FCA US, LLC a Delaware Limited Liability Company; and DOES 1 through 10 inclusive<br><br>　　　　Defendant | Case No.: **5:17-cv-00545-MRW**<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION AND ORDER TO DISMISS CASE** |

**ORDER**

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: Dec. 18, 2019     _____
Honorable Judge Michael R. Wilner

**And thanks for settling the fees, too!  MRW**